Thomas S. Waldo
Demian A. Schane
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

*Attorneys for Plaintiff*

**FILED**

**DEC 1 6 2005**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| YAKUTAT TLINGIT TRIBE, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| PATRICIA M. O'CONNOR, in her official capacity as Yakutat District Ranger; FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest; and UNITED STATES FOREST SERVICE, | ) ) ) ) ) ) Case No. J05-0009 CV (JKS) |
| Defendants. | ) ) ) ) |

**APPLICATION FOR ATTORNEY'S FEES AND EXPENSES**

Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(B), and Local Rule 54.3, Plaintiff Yakutat Tlingit Tribe ("the Tribe") hereby applies for an award from Federal Defendants of attorney's fees in the amount of $88,787.00 and expenses in the amount of $1,285.73. The Tribe does not seek any fees or expenses from any of the Intervenor-Defendants.

The Tribe is a prevailing party as a result of this Court's decision of July 12, 2005. Docket No. 37. The Tribe is eligible for an award of attorney's fees and expenses under EAJA because it is a federally recognized Indian Tribe organized under the authority of the Indian

Reorganization Acts of 1934 and 1936, has fewer than 500 employees, and has a net worth less than $7,000,000. *See* 28 U.S.C. § 2412(d)(2)(B). This motion is supported by the attached itemized statements of actual time expended and expenses. These statements establish that the Tribe is entitled to an award of attorney's fees and expenses as follows:

| Attorney | Hours | Hourly Rate | Fees |
| --- | --- | --- | --- |
| Tom Waldo | 63.3 | $325/hr | $ 20,572.50 |
| Eric Jorgensen | 30.1 | $325/hr | 9,782.50 |
| Demian Schane | 160.4 | $200/hr | 32,080.00 |
| Michael LeVine | 164.7 | $160/hr | 26,352.00 |
| TOTAL | 664.0 | | $ 88,787.00 |

| Expense | Amount |
| --- | --- |
| Court Fees | $ 250.00 |
| Computerized Research | 169.27 |
| Postage & Delivery | 96.54 |
| Copying | 480.00 |
| Telephone calls & Facsimiles | 69.92 |
| GIS Mapping | 220.00 |
| TOTAL | $ 1,285.73 |

Pursuant to the Unopposed Motion for Extension of Time filed herewith, the Tribe seeks additional time to file the following materials in support of this application:

- declarations establishing the Tribe's eligibility under EAJA;

- declarations establishing the hours expended and hourly rate;

- an allegation that the position of the United States was not substantially justified;

- a memorandum of law in support of the application; and

- a proposed order pursuant to Local Rule 7.4.

2

The Tribe may also modify its itemized statements of time and costs, and the total amounts, at the time it submits these materials. The Tribe requests this extension for the purpose of seeking to settle this application with Federal Defendants.

Respectfully submitted this 16th day of December 2005,

*Demian A. Schane*
Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Sarah Saunders, certify that on December 16, 2005, a true and correct copy of the APPLICATION FOR ATTORNEY'S FEES AND EXPENSES, with accompanying documents, was served by e-mail and first class mail to Bruce Landon and by hand to Tim Obst.

*Sarah Saunders*
Sarah Saunders
Legal Assistant

3


**Timekeeper: Demian Schane**

| Name | Date | Hours | Description |
|---|---|---|---|
| Demian Schane | 4/20/2005 | 1.3 | Meeting with Tom and Mike. |
| Demian Schane | 4/21/2005 | 6.0 | Factual research -- reviewed the planning record. |
| Demian Schane | 4/22/2005 | 2.5 | Factual research -- reviewed EA and FONSI. |
| Demian Schane | 4/22/2005 | 4.5 | Factual research -- reviewed planning record. |
| Demian Schane | 4/23/2005 | 1.5 | Factual research -- reviewed planning record. |
| Demian Schane | 4/24/2005 | 8.3 | Drafted the Complaint. |
| Demian Schane | 4/25/2005 | 1.0 | Discussion with Ray Sensmeier re his affidavit. |
| Demian Schane | 4/25/2005 | 1.5 | Drafted Ray Sensmeier's affidavit. |
| Demian Schane | 4/25/2005 | 3.0 | Worked on second draft of Complaint. |
| Demian Schane | 4/25/2005 | 0.8 | Meeting with Tom, Mike, and Ray Sensmeier. |
| Demian Schane | 4/26/2005 | 7.5 | Worked on second draft of Complaint. |
| Demian Schane | 4/27/2005 | 3.0 | Worked on draft of PI. |
| Demian Schane | 4/27/2005 | 3.0 | Worked on next draft of Complaint. |
| Demian Schane | 4/28/2005 | 2.5 | Reviewed planning record for motion for preliminary injunction. |
| Demian Schane | 4/28/2005 | 1.0 | Meeting with Tom to discuss complaint. |
| Demian Schane | 4/28/2005 | 3.5 | Worked on next draft of complaint. |
| Demian Schane | 4/29/2005 | 1.5 | Meeting with Tom, Eric, and Mike. |
| Demian Schane | 4/29/2005 | 4.0 | Worked fact section for P.I. |
| Demian Schane | 5/2/2005 | 7.0 | Worked on Motion for Preliminary Injunction. |
| Demian Schane | 5/3/2005 | 7.0 | Worked on Motion for Preliminary Injunction. |
| Demian Schane | 5/4/2005 | 3.8 | Finished complaint. |
| Demian Schane | 5/5/2005 | 14.0 | Worked on Motion for Preliminary Injunction. |
| Demian Schane | 5/6/2005 | 13.0 | Finished and filed Motion for Preliminary Injunction. |
| Demian Schane | 5/7/2005 | 1.0 | Worked on response to Defendants' Objection to Ex Parte TRO. |
| Demian Schane | 5/7/2005 | 0.7 | Reviewed Defendants' Objection to Ex Parte TRO. |
| Demian Schane | 5/8/2005 | 2.3 | Discussion with Tom, Eric, and Mike re Reply to Defendants' Objection to TRO and re strategy for handling TRO/PI motions. |
| Demian Schane | 5/8/2005 | 1.5 | Edited reply to Defendants' Objection to Ex Parte TRO. |
| Demian Schane | 5/9/2005 | 3.0 | Reviewed Court's order and discussed next steps with Tom, Eric, and Mike. |
| Demian Schane | 5/10/2005 | 5.5 | Prepared and filed Renewed motion for TRO. |
| Demian Schane | 5/11/2005 | 5.5 | Drafted and filed Reply to Defs' Opposition to Motion for Exepdited Consideration of Renewed Motion for TRO. |
| Demian Schane | 5/16/2005 | 1.5 | Reviewed court's order and discussed with Mike, Tom, and Eric and with our client. |
| Demian Schane | 5/17/2005 | 2.8 | Factual research re harm. |
| Demian Schane | 5/17/2005 | 0.8 | Conversation with client about next steps. |
| Demian Schane | 5/17/2005 | 2.5 | Conversation with Bill Lucey and drafted his affidavit. |
| Demian Schane | 5/23/2005 | 2.0 | Legal research for reply brief. |
| Demian Schane | 5/23/2005 | 1.0 | Discussion with Tom, Eric, and Mike. |
| Demian Schane | 5/23/2005 | 1.5 | Read Defendants' briefs. |
| Demian Schane | 5/24/2005 | 2.0 | Legal research re parens patriae and supplemental information reports. |
| Demian Schane | 5/24/2005 | 3.5 | Drafted sections of reply brief re parens patriae and supplemental information reports. |
| Demian Schane | 5/24/2005 | 2.5 | Worked on affidavits for reply brief. |
| Demian Schane | 5/25/2005 | 1.5 | Conversation with Bert Adams, Sr. and drafted his affidavit. |
| Demian Schane | 5/25/2005 | 5.5 | Legal research for reply brief. |
| Demian Schane | 5/26/2005 | 1.0 | Finalized affidavits. |
| Demian Schane | 5/26/2005 | 2.5 | Reviewed and edited reply brief. |

| | | | |
|---|---|---|---|
| Demian Schane | 5/31/2005 | 0.5 | Meeting with Tom and Mike. |
| Demian Schane | 5/31/2005 | 0.3 | Reviewed Defendants' motions. |
| Demian Schane | 6/1/2005 | 1.0 | Reviewed and edited drafts of opposition to motion to supplement record and to request for oral argument. |
| Demian Schane | 6/1/2005 | 0.4 | Discussion of our briefs. |
| Demian Schane | 7/5/2005 | 0.8 | Drafted motion for a joint status and motion to expedite. |
| Demian Schane | 7/6/2005 | 0.8 | Finished motion for expedited consideration (re motion for status conference), declaration, and proposed order. |
| Demian Schane | 7/13/2005 | 0.8 | Read Court's opinion. |
| Demian Schane | 7/15/2005 | 0.5 | Reviewed documents re modification of injunction. |
| Demian Schane | 7/15/2005 | 0.5 | Discussions with Bruce Landon re modification of injunction. |
| Demian Schane | 7/15/2005 | 0.7 | Teleconference re modification of injunction. |
| Demian Schane | 7/15/2005 | 1.3 | Discussions with Eric re modification of injunction. |
| Demian Schane | 7/29/2005 | 2.0 | Reviewed procedure and timing for filing EAJA petition. |
| **Total: Demian Schane** | | **160.4** | |

**Timekeeper: Eric Jorgensen**

| | | | |
|---|---|---|---|
| Eric Jorgensen | 4/28/2005 | 1.2 | Review draft complaint/meerting Tom re status |
| Eric Jorgensen | 4/29/2005 | 3.1 | Meetings staff re status |
| Eric Jorgensen | 5/5/2005 | 1.8 | Meeting staff re status/COuncil decision/misc re finling complaint and meetings Tom re status |
| Eric Jorgensen | 5/6/2005 | 1.9 | Review draft motion papers/revise and provice comment to Tom, Demian, MIke/misc meetings re same |
| Eric Jorgensen | 5/8/2005 | 1.2 | Meeting staff re status motions/schedule and planning for next week |
| Eric Jorgensen | 5/9/2005 | 1.4 | Misc re TRO order and options/meeting Mike and Demian re same/telcon Tom W re same |
| Eric Jorgensen | 5/10/2005 | 1.4 | Meeting staff re new information re sale schedule/renewed motion for injunction/review and revise renewed motion |
| Eric Jorgensen | 5/11/2005 | 0.8 | Review DOJ response re renewed TRO/meetings staff re reply/review draft and revise |
| Eric Jorgensen | 5/16/2005 | 1.7 | Telcon re TRO appeal issues |
| Eric Jorgensen | 5/20/2005 | 0.3 | Meeting re intervention/schedule |
| Eric Jorgensen | 5/20/2005 | 0.9 | Meetings re intervention/schedule |
| Eric Jorgensen | 5/23/2005 | 0.6 | Review defendants responses to PI motion/mtgs staff re same |
| Eric Jorgensen | 5/26/2005 | 2.7 | Reviwe draft reply re PI/ mtg Tom and Mike re same |
| Eric Jorgensen | 7/13/2005 | 0.9 | Misc re court decision |
| Eric Jorgensen | 7/14/2005 | 1.2 | Misc re decision and modifications to injunction |
| Eric Jorgensen | 7/15/2005 | 5.5 | Misc re motion to modify/telcon counsel/mtgs Demian/telcons client |
| Eric Jorgensen | 7/16/2005 | 1.1 | Telcon DOJ and clients re motion to modify |
| Eric Jorgensen | 7/17/2005 | 0.3 | Telcon DOJ re motion to modify |
| Eric Jorgensen | 7/18/2005 | 2.2 | Misc re motion to modify/telcon clinet/telcon DOJ/review and revise motion |
| **Total: Eric Jorgensen** | | **30.1** | |

**Timekeeper: Michael LeVine**

| | | | |
|---|---|---|---|
| Michael LeVine | 4/21/2005 | 7.9 | yakutat 2 |
| Michael LeVine | 4/22/2005 | 6.6 | letter to FS and legal research |
| Michael LeVine | 4/25/2005 | 8.6 | complaint and letter |
| Michael LeVine | 4/26/2005 | 6.3 | p.i. and declarations |
| Michael LeVine | 4/27/2005 | 7.8 | complaint, declarations, and pi |

| | | | |
|---|---|---|---|
| Michael LeVine | 4/28/2005 | 13.2 | motion for pi |
| Michael LeVine | 4/29/2005 | 8.1 | motion for p.i., declarations, complaint |
| Michael LeVine | 5/5/2005 | 17.5 | complaint, pi, tro, declarations |
| Michael LeVine | 5/6/2005 | 10.8 | p.i, tro, declarations |
| Michael LeVine | 5/8/2005 | 6.3 | reply to opposition to tro |
| Michael LeVine | 5/9/2005 | 5.2 | reply to objection |
| Michael LeVine | 5/10/2005 | 2.7 | renewed motion for tro |
| Michael LeVine | 5/11/2005 | 4.5 | reply to opposition to motion for shortened time |
| Michael LeVine | 5/16/2005 | 4.3 | TRO appeal standards |
| Michael LeVine | 5/20/2005 | 6.0 | AFA intervention stipulation; planning |
| Michael LeVine | 5/23/2005 | 2.7 | reply brief |
| Michael LeVine | 5/24/2005 | 11.7 | reply brief |
| Michael LeVine | 5/25/2005 | 16.0 | prelim inj reply brief |
| Michael LeVine | 5/26/2005 | 11.0 | prelim inj reply |
| Michael LeVine | 5/31/2005 | 2.8 | discussed and replied to oral argument and motion to supplement |
| Michael LeVine | 6/1/2005 | 4.8 | opposition to motion to supplement record and request for oral argument |
| **Total: Michael LeVine** | | **164.7** | |

**Timekeeper: Tom Waldo**

| | | | |
|---|---|---|---|
| Tom Waldo | 4/15/2005 | 1.0 | Review Yakutat issues. |
| Tom Waldo | 4/19/2005 | 0.5 | Review Yakutat record |
| Tom Waldo | 4/20/2005 | 0.8 | Meet w. Demian and Mike re Yakutat litigation. |
| Tom Waldo | 4/20/2005 | 0.2 | Telcon w. YTT re Yakutat litigation. |
| Tom Waldo | 4/20/2005 | 0.5 | Meet w. Eric and Mike re Yakutat litigation. |
| Tom Waldo | 4/21/2005 | 0.4 | Telcon w. YTT re Yakutat litigation. |
| Tom Waldo | 4/21/2005 | 0.3 | Review issues re Yakutat litigation. |
| Tom Waldo | 4/22/2005 | 1.2 | Review GIS map of Yakutat sale. |
| Tom Waldo | 4/23/2005 | 0.3 | Telcon w. Ray at YTT re filing. |
| Tom Waldo | 4/23/2005 | 0.2 | Meet w. Mike re claims. |
| Tom Waldo | 4/24/2005 | 0.2 | Meet w. Demian re complaint. |
| Tom Waldo | 4/24/2005 | 0.6 | Review sale area GIS map. |
| Tom Waldo | 4/25/2005 | 0.1 | Review sale area GIS map. |
| Tom Waldo | 4/25/2005 | 1.6 | Review, edit, and sign letter to FS re lawsuit, injunction; email YTT re same. |
| Tom Waldo | 4/25/2005 | 0.1 | Telcon w. Bert Adams. |
| Tom Waldo | 4/25/2005 | 1.2 | Meet w. Ray Sensmeier. |
| Tom Waldo | 4/25/2005 | 0.1 | Telcon w. OGC re litigation, offering. |
| Tom Waldo | 4/25/2005 | 0.1 | Review draft Sensmeier declaration. |
| Tom Waldo | 4/25/2005 | 0.1 | Telcon w. Bob Christensen re map. |
| Tom Waldo | 4/26/2005 | 0.2 | Telcon w. OGC re bid on sale; email client re same. |
| Tom Waldo | 4/27/2005 | 0.4 | Email w. YTT re lawsuit. |
| Tom Waldo | 4/27/2005 | 0.2 | Telcon w. Obst re Coyak export; meet w. Mike re same. |
| Tom Waldo | 4/28/2005 | 0.1 | Telcon w. Bert Adams re Council meeting. |
| Tom Waldo | 4/28/2005 | 3.8 | Review draft complaint and messages re claims; meet w. Mike and Demian re complaint, other needs for p.i. |
| Tom Waldo | 4/29/2005 | 0.3 | Telcon w. Ray S. |
| Tom Waldo | 4/29/2005 | 0.2 | Telcon w. tribal member re litigation. |
| Tom Waldo | 4/29/2005 | 2.5 | Meet w. Eric, Demian, and Mike re litigation. |
| Tom Waldo | 4/29/2005 | 0.5 | Telcon w. Bert Adams re litigation. |
| Tom Waldo | 4/29/2005 | 0.5 | Telcon w. Kim Dunn re litigation. |

| | | | |
|---|---|---|---|
| Tom Waldo | 4/29/2005 | 0.7 | Prepare for call with Council; telcon w. Council. |
| Tom Waldo | 4/30/2005 | 0.4 | Email Bert Adams re tribal membership meeting. |
| Tom Waldo | 5/4/2005 | 0.1 | Telcon w. OGC re sale award. |
| Tom Waldo | 5/4/2005 | 0.1 | Email Bert Adams re lawsuit. |
| Tom Waldo | 5/4/2005 | 0.4 | Telcon w. Bert Adams re lawsuit. |
| Tom Waldo | 5/4/2005 | 0.8 | Telcon w. Ray S. re litigation. |
| Tom Waldo | 5/4/2005 | 0.2 | Meet w. Eric and Demian. |
| Tom Waldo | 5/4/2005 | 0.2 | Telcon w. Eric re YTT case approval. |
| Tom Waldo | 5/5/2005 | 1.4 | Meet w. Eric, Mike and Demian re case planning. |
| Tom Waldo | 5/5/2005 | 1.1 | Review, edit, and sign complaint. |
| Tom Waldo | 5/5/2005 | 0.2 | Telcon w. Landon re proceedings. |
| Tom Waldo | 5/5/2005 | 0.1 | Email Bert re complaint. |
| Tom Waldo | 5/5/2005 | 1.6 | Research re TRO. |
| Tom Waldo | 5/5/2005 | 4.7 | Draft motion for TRO, expedited consideration, accompanying declaration of counsel. |
| Tom Waldo | 5/6/2005 | 0.3 | Email Bert re filings. |
| Tom Waldo | 5/6/2005 | 8.1 | Review, edit and sign motions for p.i., TRO, and shortened time; meet w. Mike, Demian, and staff re same. |
| Tom Waldo | 5/6/2005 | 0.3 | Review govt's opp. to ex parte; email to Mike and Demian re same. |
| Tom Waldo | 5/8/2005 | 2.5 | Review and edit reply to govt objection to TRO; meet w. Mike, Demian and Eric re same and re case planning. |
| Tom Waldo | 5/9/2005 | 1.0 | Telcons w. Demian, Mike and Eric re court order denying TRO and our response. |
| Tom Waldo | 5/10/2005 | 0.8 | Review draft renewed motion for TRO; telcons w. Demian and Mike re same. |
| Tom Waldo | 5/11/2005 | 0.8 | Review govt opp to renewed motion for TRO; review our draft reply; telcons w. Demian and Mike re same. |
| Tom Waldo | 5/16/2005 | 0.2 | Telcon w. court re TRO order; email co-counsel re same. |
| Tom Waldo | 5/16/2005 | 0.2 | Review court order re renewed TRO. |
| Tom Waldo | 5/16/2005 | 1.5 | Meet w. Eric, Mike and Demian re TRO order, possible appeal. |
| Tom Waldo | 5/19/2005 | 0.8 | Telcon w. Amy Mead re AFA intervention; meet w. Eric, Demian |
| Tom Waldo | 5/20/2005 | 1.0 | Meet w. Mike and Eric re AFA intervention. |
| Tom Waldo | 5/20/2005 | 0.2 | Review draft intervention stipulation counter-proposal; email to opp. counsel. |
| Tom Waldo | 5/20/2005 | 1.2 | Review Mead response to intervention counteroffer; meet w. Demian, Eric and Mike re same; draft new counteroffer; follow-up calls. |
| Tom Waldo | 5/23/2005 | 1.6 | Email correspondence with State re intervention; meet w. Demian and Eric re same; review issues re same; telcon w. Falcon re same; review draft stipulation; edit same. |
| Tom Waldo | 5/23/2005 | 0.4 | Review Lucey affidavit; meet w. Demian re same. |
| Tom Waldo | 5/23/2005 | 0.7 | Review opp. briefs to p.i. motion; telcon w. Amy Mead re lack of service of AFA brief. |
| Tom Waldo | 5/23/2005 | 1.3 | Meet w. Demian and Mike re reply br. |
| Tom Waldo | 5/26/2005 | 4.9 | Review draft reply br.; meet w. Eric and Mike re same. |
| Tom Waldo | 5/31/2005 | 0.4 | Review govt and AFA briefs re oral argument and supplementing record. |
| Tom Waldo | 5/31/2005 | 0.1 | Telcon w. Landon re electronic record. |
| Tom Waldo | 5/31/2005 | 0.5 | Meet w. Demian and Mike re responses to govt motion to supplement record and request for oral argument. |

| | | | |
|---|---|---|---|
| Tom Waldo | 6/1/2005 | 1.1 | Review draft opps to govt filings; meet w. Mike and Demian re same. |
| Tom Waldo | 6/2/2005 | 0.5 | Meet w. Demian and Mike re case direction. |
| Tom Waldo | 7/5/2005 | 1.4 | Review draft status report; draft motion for status conference; draft email to Eric and Demian re same. |
| Tom Waldo | 7/6/2005 | 0.1 | Telcon w. court clerk re shortened time order. |
| Tom Waldo | 7/6/2005 | 1.5 | Review and edit motion for status conference and accompanying documents; meet w. Demian re same. |
| Tom Waldo | 7/7/2005 | 0.2 | Review order re schedule; meet w. Demian re same. |
| Tom Waldo | 7/15/2005 | 0.5 | Telcons w. Eric re govt motion to modify injunction. |
| **Total: Tom Waldo** | | **63.3** | |

Earthjustice
Posted General Ledger Transactions

**FEES**
| | | |
|---|---|---:|
| 4/30/2005 | Yakutat II filing fee | 250.00 |
| | Total: | 250.00 |

**LEGAL RESEARCH**
| | | |
|---|---|---:|
| 4/30/2005 | April Westlaw | 16.12 |
| 5/31/2005 | May Westlaw | 0.44 |
| 5/31/2005 | May Westlaw | 141.67 |
| 6/30/2005 | June Westlaw | 1.24 |
| 7/31/2005 | July Westlaw | 9.80 |
| | Total: | 169.27 |

**POSTAGE**
| | | |
|---|---|---:|
| 6/30/2005 | June I/H Postage | 69.03 |
| 6/30/2005 | DHL Worldwide Express | 25.11 |
| 6/30/2005 | June I/H Postage | 1.20 |
| 7/31/2005 | July I/H Postage | 1.20 |
| | Total: | 96.54 |

**PROFESSIONAL SERVICES**
| | | |
|---|---|---:|
| 5/31/2005 | Living Systems Design - GIS contract work | 220.00 |
| | Total: | 220.00 |

**REPRODUCTION AND**  In-House rate: $0.10/copy
| | | |
|---|---|---:|
| 4/30/2005 | April I/H Copying | 10.50 |
| 6/30/2005 | June I/H Copying | 115.20 |
| 6/30/2005 | June I/H Copying | 159.10 |
| 6/30/2005 | June I/H Copying | 6.50 |
| 6/30/2005 | Capital Copy, Ltd. | 180.90 |
| 7/31/2005 | July I/H Copying | 7.80 |
| | Total: | 480.00 |

**TELEPHONE / FAX**
| | | |
|---|---|---:|
| 5/31/2005 | GCI - Inv. 6787395 | 21.53 |

**Earthjustice**
Posted General Ledger Transactions

| | | |
|---|---|---|
| 5/31/2005 GCI - Inv. 6787395 (FAX) | | 1.08 |
| 7/31/2005 GCI - Inv. 7221764 | | 6.13 |
| 7/31/2005 GCI - Inv. 6990709 | | 30.71 |
| 8/31/2005 GCI - Inv. 7461899 | | 10.47 |
| | **Total:** | **69.92** |
| | | **1,285.73** |