Thomas S. Waldo
Demian A. Schane
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

*Attorneys for Plaintiff*

**FILED**

DEC 1 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| YAKUTAT TLINGIT TRIBE,<br><br>    Plaintiffs,<br><br>    v.<br><br>PATRICIA M. O'CONNOR, in her official capacity as Yakutat District Ranger; FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest; and UNITED STATES FOREST SERVICE,<br><br>    Defendants. | Case No. J05-0009 CV (JKS) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MATERIALS IN SUPPORT OF MOTION FOR FEES AND EXPENSES**

Plaintiff Yakutat Tlingit Tribe ("the Tribe") hereby moves for an extension of time to February 1, 2006, to file certain materials in support of its Application for Attorney's Fees and Expenses, filed herewith. The Tribe further requests that the time for Federal Defendants to file any opposition to the Application for Attorney's Fees and Expenses shall not begin to run until after the Tribe submits its additional materials. The purpose of this motion is to provide time for the parties to attempt to negotiate a settlement of the application, which would avoid the need for





adjudication by this Court and limit the hours of attorney time for which Federal Defendants may be liable.

Applicants seek additional time to file the following materials in support of their application:

- declarations establishing the Tribe's eligibility under the Equal Access to Justice Act;
- declarations establishing the hours expended and hourly rate;
- an allegation that the position of the United States was not substantially justified;
- a memorandum of law in support of the application; and
- a proposed order pursuant to Local Rule 7.4.

The Tribe may also modify its itemized statements of time and costs, and the total amounts, at the time it submits these materials.

This motion is unopposed by Federal Defendants, the only parties at interest. The Tribe does not seek any fees or costs from any of the other parties.

Respectfully submitted this 16th day of December, 2005,

Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

    I, Sarah Saunders, certify that on December 16, 2005, a true and correct copy of Plaintiff's UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MATERIALS IN SUPPORT OF MOTION FOR FEES AND EXPENSES was served by e-mail and first class mail to Bruce Landon and by hand to Tim Obst.

*[signature]*

Sarah Saunders
Legal Assistant

3