LODGED
DEC 16 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED
DEC 29 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

YAKUTAT TLINGIT TRIBE, )
)
Plaintiffs, )
)
v. )
)
PATRICIA M. O'CONNOR, in her official capacity as ) Case No. J05-0009 CV (JKS)
Yakutat District Ranger; FORREST COLE, in his official )
capacity as Forest Supervisor for the Tongass National )
Forest; and UNITED STATES FOREST SERVICE, )
)
Defendants. )
)
)

**ORDER GRANTING EXTENSION OF TIME**

Plaintiff Yakutat Tlingit Tribe ("the Tribe") has moved for an extension of time to file its materials in support of its application for attorney's fees and expenses pursuant to the Equal Access for Justice Act (EAJA), 28 U.S.C. § 2412. Docket No. ____. Federal Defendants do not oppose that motion. Accordingly,

IT IS ORDERED that the Tribe's motion is **GRANTED**. The Tribe shall submit its materials in support of its application no later than February 1, 2006. The time for Federal Defendants to file any opposition to the Tribe's Application for Attorney's Fees and Expenses shall not begin to run until after the Tribe submits its additional materials.

SO ORDERED this 28 day of December, 2006.

JAMES K. SINGLETON, JR.
United States District Judge

J05-0009--CV (JKS)
------------------
S. SILVER
T. WALDO
D. DUNSMORE (AUSA)

2. FALCON

om 12-29-05

48