Thomas S. Waldo
Demian A. Schane
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| YAKUTAT TLINGIT TRIBE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PATRICIA M. O'CONNOR, in her official capacity as )<br>Yakutat District Ranger; FORREST COLE, in his official )<br>capacity as Forest Supervisor for the Tongass National )<br>Forest; and UNITED STATES FOREST SERVICE, )<br>)<br>Defendants. )<br>_____ )<br>) | Case No. J05-0009 CV (JKS) |

**UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE MATERIALS IN SUPPORT OF MOTION FOR FEES AND EXPENSES**

Plaintiff Yakutat Tlingit Tribe ("the Tribe") hereby moves for a second extension of time to March 24, 2006, to file certain materials in support of its Application for Attorney's Fees and Expenses, filed herewith. The Tribe further requests that the time for Federal Defendants to file any opposition to the Application for Attorney's Fees and Expenses shall not begin to run until after the Tribe submits its additional materials. The purpose of this motion is to provide additional time for the parties to attempt to negotiate a settlement of the application, which

would avoid the need for adjudication by this Court and limit the hours of attorney time for which Federal Defendants may be liable.  Counsel for Federal Defendants has advised counsel for Plaintiffs that the process, including obtaining consent from the necessary governmental divisions, will require about 45 days.  To be conservative, Plaintiffs therefore seek about 50 days to resolve the issue.

The Tribe previously moved for an extension of time to February 1, 2006, which this Court granted.  Docket No. 48.  The Tribe seeks more time to complete negotiations with Federal Defendants.  Specifically, the Tribe seeks more time to file the following materials in support of its application:

- declarations establishing the Tribe's eligibility under the Equal Access to Justice Act;
- declarations establishing the hours expended and hourly rate;
- an allegation that the position of the United States was not substantially justified;
- a memorandum of law in support of the application; and
- a proposed order pursuant to Local Rule 7.4.

The  Tribe may also modify its itemized statements of time and costs, and the total amounts, at the time it submits these materials.

This motion is unopposed by Federal Defendants, the only parties at interest.  The Tribe does not seek any fees or costs from any of the other parties.

Respectfully submitted this 23rd day of January, 2006,

/s/ Demian A. Schane
Demian A. Schane
Thomas S. Waldo
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dschane@earthjustice.org

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I, Demian Schane, certify that on January 23, 2006, a true and correct copy of Plaintiff's UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE MATERIALS IN SUPPORT OF MOTION FOR FEES AND EXPENSES was served electronically to Bruce Landon. A courtesy copy was served via e-mail to Tim Obst.

/s/ Demian Schane
Demian Schane