IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| YAKUTAT TLINGIT TRIBE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PATRICIA M. O'CONNOR, in her official capacity as ) <br> Yakutat District Ranger; FORREST COLE, in his official ) <br> capacity as Forest Supervisor for the Tongass National ) <br> Forest; and UNITED STATES FOREST SERVICE, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. J05-0009 CV (JKS) |

**PROPOSED ORDER GRANTING EXTENSION OF TIME**

Plaintiff Yakutat Tlingit Tribe ("the Tribe") has moved for a third extension of time to file its materials in support of its application for attorney's fees and expenses pursuant to the Equal Access for Justice Act (EAJA), 28 U.S.C. § 2412. Docket No. ____. Federal Defendants do not oppose that motion. Accordingly,

IT IS ORDERED that the Tribe's motion is **GRANTED**. The Tribe shall submit its materials in support of its application no later than May 15, 2006. The time for Federal Defendants to file any opposition to the Tribe's Application for Attorney's Fees and Expenses shall not begin to run until after the Tribe submits its additional materials.

SO ORDERED this _____ day of _____, 2006.

_____
**JAMES K. SINGLETON, JR.**
United States District Judge

Yakutat Tlingit Tribe v. O'Connor
J05-0009 CV (JKS)