BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| YAKUTAT TLINGIT TRIBE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PATRICIA M. O'CONNOR, in her official ) <br> capacity as Yakutat District Ranger; ) <br> FORREST COLE, in his official capacity as ) <br> Forest Supervisor for the Tongass National ) <br> Forest; and UNITED STATES FOREST ) <br> SERVICE. ) <br> ) <br> Defendants. ) <br> ) | Case No. J05-0009-CV (JKS) |

**SETTLEMENT AND STIPULATION REGARDING ATTORNEY FEES**

Federal defendants and  plaintiff stipulate and agree:

1.  The United States Department of Agriculture, Forest Service (hereafter "Forest Service") shall pay to Earthjustice forty-five thousand dollars ($45,000) in full satisfaction of any and all claims by plaintiff against federal defendants for attorney's fees, expenses and costs in this action.

Atty Fees Settlement                                            1

    2.  This settlement does not constitute an admission or evidence as to the liability or lack of liability for fees, expenses, or costs as to any portion of this action.  Nor shall it constitute an admission or evidence as to any other issue in this case or any future litigation.

    RESPECTFULLY SUBMITTED

Dated: May 11, 2006                                                                 s/ Bruce M. Landon

                                                                            Bruce M. Landon
                                                                            Department of Justice
                                                                            Environment & Natural Resources Division
                                                                            801 B Street, Suite 504
                                                                            Anchorage, Alaska  99501-3657
                                                                            (907) 271-5452
                                                                            FAX (907) 271-5827
                                                                            bruce.landon@usdoj.gov
                                                                            Attorney for federal defendants


Dated: May 11, 2006                                                                  s/ Demian A. Schane

                                                                            Demian A. Schane
                                                                            EARTHJUSTICE
                                                                            325 Fourth Street
                                                                            Juneau, Alaska 99801
                                                                            Ph: 907-586-2751
                                                                            Fax: 907-463-5891
                                                                            Email: dshane@earthjustice.org
                                                                            Attorney for plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2006, a copy of the foregoing was served electronically to the following counsel of record:

Thomas Waldo and Demian Schane

Steve Silver and Amy Gurton Mead

    S/ Bruce M. Landon

Bruce M. Landon