BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| YAKUTAT TLINGIT TRIBE, | ) |
| Plaintiff, | ) Case No. J05-0009-CV (JKS) |
| v. | ) |
| PATRICIA M. O'CONNOR, in her official capacity as Yakutat District Ranger; FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest; and UNITED STATES FOREST SERVICE. | ) |
| Defendants. | ) |

**SETTLEMENT AND STIPULATION REGARDING ATTORNEY FEES**

Federal defendants and plaintiff stipulate and agree:

1. The United States Department of Agriculture, Forest Service (hereafter "Forest Service") shall pay to Earthjustice forty-five thousand dollars ($45,000) in full satisfaction of any and all claims by plaintiff against federal defendants for attorney's fees, expenses and costs in this action.

Atty Fees Settlement                               1

2. This settlement does not constitute an admission or evidence as to the liability or lack of liability for fees, expenses, or costs as to any portion of this action. Nor shall it constitute an admission or evidence as to any other issue in this case or any future litigation.

RESPECTFULLY SUBMITTED

Dated: May 11, 2006             s/ Bruce M. Landon

Bruce M. Landon
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov
Attorney for federal defendants


Dated: May 11, 2006             s/ Demian A. Schane

Demian A. Schane
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dshane@earthjustice.org
Attorney for plaintiff

*This resolves docket # 46*

IT IS SO ORDERED
DATED AT ANCHORAGE ALASKA
THIS 22 DAY OF May 2006
REDACTED SIGNATURE
JAMES K. SINGLETON Jr
United States District Court Judge

Atty Fees Settlement                            2